1  Susan St. Vincent
   Acting Legal Officer
2  Matthew McNease
   Acting Legal Officer
3  NATIONAL PARK SERVICE
   Legal Office
4  P.O. Box 517
5  Yosemite, California  95389
   Telephone:  (209) 372-0241
6

7

8

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              DOCKET NO: 6:13-mj-033-MJS

13            Plaintiff,

14       v.                               **MOTION TO DISMISS; AND
                                          ORDER THEREON**
15  NICHOLAS ZMYEWSKI,

16            Defendant.

17

18

19       Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

20  Court endorsed hereon, the United States hereby moves the Court for an order of

21  dismissal without prejudice in the interest of justice. ZMYEWSKI entered into a deferred

22  prosecution agreement with the agreement and has fully complied with the terms of the

23  agreement.

24

25       Dated:  September 3, 2014            NATIONAL PARK SERVICE

26

27                                            /S/ Matthew McNease
                                              Matthew McNease
28                                            Acting Legal Officer

                                    1

1

## **ORDER**

2

3      Upon application of the United States, and good cause having been shown

4  therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v.*

5  *Nicholas Zmyewski*, 6:13-mj-033-MJS, be dismissed, without prejudice, in the interest of

6  justice.

7

IT IS SO ORDERED.

8

9      Dated:    September 3, 2014              /s/ *Michael J. Seng*

10                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28